

EXHIBIT 2





